

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00887-CV

John **SALAS**,
Appellant

v.

**THE CARLSON LAW FIRM**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-20847
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on December 21, 2018. On December 27, 2018, this court notified the two court reporters identified as being responsible for filing the reporter's record, Ms. Mary Martinez and Ms. Cynthia Hyatt, that the record was late. On January 4, 2019, appellant filed his docketing statement identifying Ms. Cynthia Hyatt and Ms. Tracy Plummer as the court reporters responsible for preparing the reporter's record in this appeal. Accordingly, the clerk of the court is instructed to update the court's case management system to remove Ms. Martinez as a court reporter for this appeal. In our December 27, 2018 notice, Ms. Hyatt was instructed to file her portion of the record by January 28, 2019.

On January 4, 2019, Ms. Plummer filed a notification of late record, stating she received payment of the fees for the preparation of her portion of the reporter's record on January 4, 2019, and requesting an extension of time to file the record to February 4, 2019. The request is GRANTED. Ms. Plummer is ORDERED to file her portion of the reporter's record no later than February 4, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court